Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff*
*Hardy Way, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDY WAY, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> CVS PHARMACY, INC., a Rhode Island Corporation; TOSHI'S LOBBY SHOP, INC., a California Corporation; TOSHI NAKAJIMA, an individual; JOLIE FASHION GROUP, an unknown business entity; GEORGE PAI, an individual; DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 10-9451 DDP (PJWx) <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Plaintiff Hardy Way, LLC and Defendants Toshi's Lobby Shop, Inc., Toshi Nakajima, Jolie Fashion Group, and George Pai have reached a settlement in the above-referenced action.

DATED:   December 1, 2011        BLAKELY LAW GROUP


                                             By:   /s/Cindy Chan_____
                                                     Brent H. Blakely
                                                     Cindy Chan
                                                     ***Attorneys for Plaintiff Hardy Way, LLC***